**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 729 MAL 2014
: 
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
VINCENT ANTONELLO CLARK, :
:
Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.